IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS MCCRIGHT,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>JENNIFER MCCRAE; NAOMI GOMEZ,;<br>SARAH VENTURA TRISTAN; JAIME<br>MADSON; ASHLEY ASHLEY; JACEY<br>STEPHENS; DENAE L. REEVES,;<br>ALEJANDRO SANTOYO; CAPSTONE<br>BEHAVIORAL HEALTH;  CHI HEALTH<br>IMMANUEL; BRENDA LUBY; THOMAS<br>MCCRIGHT; SHERYL MCCRIGHT; and<br>DEBRA K. RAASCH;<br><br>　　　　　　　　Defendants. | 8:25CV382<br><br><br>ORDER |

　　　　This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which provides, "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

　　　　Plaintiff, pro se, commenced this action on June 9, 2025. (Filing No. 1). On July 10, 2025, Plaintiff filed summons returns purporting to show defendants, Sheryl McCright and Thomas McCright, were personally served with notice of this lawsuit on June 16, 2025. (Filing No. 18; Filing No. 20). Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, a defendant must serve an answer "within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a).  To date, Sheryl McCright and Thomas McCright have not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action.  Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, voluntarily dismiss those defendants, or take other action as appropriate.  Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action must be dismissed as to Sheryl McCright and Thomas McCright.  Accordingly,

**IT IS ORDERED:**  On or before **August 21, 2025**, Plaintiff must show cause why this case should not be dismissed as to defendants Sheryl McCright and Thomas McCright for failure to prosecute or take some other appropriate action.

Dated this 7th day of August, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge